UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Case No.: 24-cv-03775
GINA BARBARA,
                Plaintiff,

      -v-
                                                                **NOTICE OF APPEARANCE**

IVYREHAB PEAK PERFORMANCE, LLC.
                Defendant.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Jennifer E. Sherven, Esq., an attorney duly admitted to this Court, hereby appears as counsel for Defendant IVYREHAB PEAK PERFORMANCE, LLC. Please forward a copy of all future correspondence and litigation documents to the attention of the undersigned.

Dated:  Woodbury, New York
          July 2, 2024

                                        **KAUFMAN DOLOWICH LLP**

By: _____
        Jennifer E. Sherven, Esq.
        135 Crossways Park Drive, Suite 201
        Woodbury, New York 11797
        jsherven@kaufmandolowich.com
        Phone: (516) 283-8714
        Fax: (516) 681-1101
        *Attorney for Defendant*

cc:   All Counsel of Record (*via ECF*)