UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Case No.: 24-cv-03775
GINA BARBARA,
               Plaintiff,

      -v-
                                                                           **NOTICE OF APPEARANCE**

IVYREHAB PEAK PERFORMANCE, LLC.
               Defendant.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Erika H. Rosenblum, Esq., an attorney duly admitted to this Court, hereby appears as counsel for Defendant IVYREHAB PEAK PERFORMANCE, LLC. Please forward a copy of all future correspondence and litigation documents to the attention of the undersigned.

Dated:  Woodbury, New York
          July 2, 2024

                                      **KAUFMAN DOLOWICH LLP**

                                  By:  _____
                                            Erika H. Rosenblum, Esq.
                                            135 Crossways Park Drive, Suite 201
                                            Woodbury, New York 11797
                                            erosenblum@kaufmandolowich.com
                                            Phone: (516) 283-8764
                                            Fax: (516) 681-1101
                                            *Attorney for Defendant*

cc:    All Counsel of Record (*via ECF*)